IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



NO. 7:26-MJ -1064-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| RENEE L. OUELLETTE, | ) | |

Pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, as amended by the

Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the court

hereby confirms the government's disclosure obligation under *Brady v. Maryland*, 373 U.S. 83

(1963), and its progeny. *See Brady*, 373 U.S. at 87 ("[T]he suppression by the prosecution of

evidence favorable to an accused upon request violates due process where the evidence is

material either to guilt or to punishment, irrespective of the good faith or bad faith of the

prosecution."). Failure by the government to comply with its disclosure obligation may result in

the exclusion of evidence, adverse jury instructions, dismissal or reversal of charges, vacatur of

sentence, contempt proceedings, or imposition of sanctions, among other consequences.

SO ORDERED, the 12th day of March, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge